United States District Court
Southern District of Texas
**ENTERED**
June 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONALD A. BLAIR, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-01963 |
| § | |
| FERGUSON ENTERPRISES, LLC, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

On this day, the Court considered the plaintiff's motion to remand (Dkt. No. 5). After reviewing the motion and any response filed, the Court finds that the motion should be, in the interest of justice and efficiency Denied.

It is so ORDERED.

SIGNED on June 12, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge