United States District Court
Southern District of Texas
**ENTERED**
June 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD A. BLAIR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-01963 |
| | § | |
| FERGUSON ENTERPRISES, LLC, *et al*, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is *pro se* plaintiff, Ronald A. Blair's renewed motion for leave to file electronically via CM/ECF (Dkt. No. 20). The motion is Denied.

It is so ORDERED.

SIGNED on June 24, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1